### JOHN HARDESTY *v.* J. R. GRAHAM.

[Abstract Kentucky Law Reporter, Vol. 7—447.]

**Order of Sale of Real Estate.**
> Where the court has jurisdiction of a proceeding for the sale of real estate before the bankruptcy of the defendant it may legally pronounce judgment or order a sale.

APPEAL FROM WASHINGTON CIRCUIT COURT.

December 12, 1885.

OPINION BY JUDGE PRYOR:

We perceive no reason for disturbing this judgment. The purchaser has or can obtain the land he has purchased, and an individual interest in a certain specified boundary of land consisting of several tracts adjoining, for the boundary given to each is a sufficient description.

In this case the chancellor declined to direct the sale in the original judgment, but directed his commissioner to ascertain the boundary. That boundary has been ascertained and the land directed to be sold. The court below having complete jurisdiction of the

case before the bankruptcy of the appellant, and it being evident that the judgment had not been satisfied, the judgment below was proper.

Judgment *affirmed*.

*W. E. Selecman, for appellant.*

*J. W. S. Clements, Hill & Rives, for appellee.*